In the United States District Court for the
Northern District of Illinois, Eastern Division

Ilya Shulman and Dmitry Godin,

                Plaintiffs,

       vs.

Zvi Feiner, Erez Baver and
FNR Healthcare, LLC, an Illinois corporation,

                Defendants.

Honorable Manish S. Shah

No.: 17-cv-06769

## Stipulation of Dismissal Between Plaintiffs Godin and Shulman and Defendant Zvi Feiner

The undersigned parties, by their respective counsel, hereby agree and stipulate, pursuant to Fed. R. Civ. P. 41, to the dismissal of defendants Zvi Feiner's and FNR Healthcare, LLC's Counterclaim against all plaintiffs and dismissal of all claims asserted against defendant Zvi Feiner only, in accordance with the Settlement Agreement. Each party shall bear their own costs and attorneys' fees. The dismissal of the Counterclaim against all plaintiffs is with prejudice. The dismissal of all claims against Zvi Feiner is without prejudice with leave to reinstate on or before December 31, 2028. In the event a Motion to Reinstate is not filed on or before December 31, 2028, the case shall be deemed, without further order of the Court, to be dismissed with prejudice against defendant Zvi Feiner. The matter remains pending and unresolved as to Erez Baver and FNR Healthcare, LLC.

Dated:  August 28, 2018

| | |
|---|---|
| /s/  Craig D. Tobin<br>Craig D. Tobin | /s/   Ariel Weissberg<br>Ariel Weissberg |
| Genc Arifi<br>Tobin & Munoz, LLC<br>70 W. Madison, Suite 1950<br>Chicago, IL 60602<br>Office: (312)-641-1321<br>Fax: (312)-641-5220<br>Email:  ctobin@baristers.com<br>           garifi@barristers.com | Devrat Sinha<br>Lee Rochelle Laxamana<br>Wesisberg and Associates, Ltd.<br>401 S. LaSalle St., Suite 403<br>Chicago, IL 60605<br>Office: (312)663-0004<br>Email:  ariel@weissberglaw.com<br>           dev@weissberglaw.com<br>           rochelle@weissberglaw.com |
| *Attorneys for Plaintiffs Dmitry Godin and Ilya Shulman* | *Attorneys for Defendants Zvi Feiner and FNR Healthcare, LLC* |