In the United States District Court for the
Northern District of Illinois, Eastern Division

| | |
|---|---|
| Ilya Shulman and Dmitry Godin, <br><br> Plaintiffs, <br><br> vs. <br><br> Erez Baver <br><br> Defendants. | Honorable Manish S. Shah <br><br> No.: 17-cv-06769 |

<u>Plaintiffs Ilya Shulman and Dmitry Godin's Motion to Dismiss Defendant Erez Baver</u>

Now come the Plaintiffs, by and through their attorney Tobin & Muñoz, LLC, and move this Court to dismiss all claims against Erez Baver with prejudice. In support thereof, Plaintiffs state the following:

1. That Plaintiffs and Defendant Erez Baver have reached a settlement of the claims.

2. That pursuant to that settlement, Plaintiff is to dismiss with prejudice all claims related to Erez Baver.

3. That pursuant to that agreement, Plaintiff now seeks to dismiss all claims against Erez Baver only with prejudice.

Wherefore, Plaintiffs now move to dismiss with prejudice all claims against Erez Baver in the above-entitled matter.

August 26, 2019                                    Respectfully submitted,

                                                   By:    /s/Craig D. Tobin
                                                          Attorney for Plaintiffs

Craig D. Tobin
Tobin & Muñoz, L.L.C.
Attorneys for Plaintiffs
70 West Madison Street, Suite 1950

1

Chicago, IL 60602-4298
Office (312) 641-1321
Facsimile (312) 641-5220
Email  ctobin@barristers.com