UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Ilya Shulman, et al.
       Plaintiff,

v.            Case No.: 1:17−cv−06769
            Honorable Manish S. Shah

Erez Baver, et al.
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 26, 2019:

  MINUTE entry before the Honorable Manish S. Shah: The motion to dismiss [102] is granted, and plaintiffs' claims against defendant Baver are dismissed with prejudice. All of plaintiffs' claims having been resolved, this case is terminated. No appearance on 8/28/19 is necessary. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.